# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01 (Rev 2020)
Administrative Office of Courts

**Court Identification Docket #**
County #: 23 | Judicial District: 1 | Court ID (CH, CI, CO): CI
**Case Year:** 2022
**Docket Number:** 90

Month: 05 | Date: 31 | Year: 22
*This area to be completed by clerk*

In the **CIRCUIT** Court of **HANCOCK** County — **FIRST** Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing

**Plaintiff**
Individual: **GOODMAN, CHARLENE**
Address of Plaintiff: 38489 SON MOORE RD, PEARL RIVER, LOUISIANA 70452
Attorney (Name & Address): JEFFREY L. OAKES, 61025 HIGHWAY 1091, SLIDELL, LOUISIANA 70458 — MS Bar No. 106236
Signature of Individual Filing: /s/ Jeffrey Oakes

**Defendant**
Business: **SILVER SLIPPER CASINO VENTURE, LLC**
[X] D/B/A: **SILVER SLIPPER CASINO**

**Nature of Suit:**
Torts — [X] Premises Liability

**EXHIBIT A**

IN THE <u>CIRCUIT</u> COURT OF <u>HANCOCK</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF <u>BAY ST. LOUIS</u>

Docket No. _____-_____ _____
File Yr   Chronological No.   Clerk's Local ID

Docket No. If Filed Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) ___ ___
Last Name   First Name   Maiden Name, If Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business <u>FULL HOUSE RESORTS, INC.</u>
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____   Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) ___ ___
Last Name   First Name   Maiden Name, If Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____   Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) ___ ___
Last Name   First Name   Maiden Name, If Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____   Pro Hac Vice (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**CHARLENE GOODMAN**                        **PLAINTIFF**

VS.

CIVIL CAUSE NO.: 22-0090

**SILVER SLIPPER CASINO VENTURE, LLC**

**AND**

**FULL HOUSE RESORTS, INC.**                 **DEFENDANTS**



FILED
MAY 3 1 2022
KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

### COMPLAINT

COMES NOW, Plaintiff, Charlene Goodman, who files this Complaint against the Defendants, Silver Slipper Casino Venture, LLC and Full House Resorts, Inc., and in support thereof would show unto this Court as follows:

1.

Made plaintiff herein is:

1. Charlene Goodman, a person of the full age of majority and resident of Pearl River, Louisiana, and hereinafter referred to as "Plaintiff".

2.

The following entities are hereby made defendants:

1. Silver Slipper Casino Venture, LLC, a foreign limited liability company, licensed and doing business in the State of Mississippi in Bay St. Louis, Mississippi and capable of being served through its registered agent for service of process, Business Filings Incorporated, 645 Lakeland East Drive, Flowood, Mississippi 39232, and hereinafter referred to as "Silver Slipper"; and

2. Full House Resorts, Inc., a foreign corporation, licensed and doing business in the State

of Mississippi in Bay St. Louis, Mississippi and capable of being served through its registered agent for service of process, Business Filings Incorporated, 645 Lakeland East Drive, Flowood, Mississippi 39232, and hereinafter referred to as "Full House"

3.

This cause of action occurred or accrued in Hancock County, Mississippi. Pursuant to the provisions of § 11-11-3 of the Mississippi Code of 1972 as amended, venue is proper in this Court.

4.

On or about June 11, 2019, Plaintiff was visiting the Silver Slipper Casino, located at 5000 S. Beach Blvd, Bay St. Louis, Mississippi 39520, a business owned and operated by Silver Slipper and Full House, and while traversing the buffet dining area floor slipped in a mélange of beverages and food. No warnings or wet floor signs were posted.

5.

At all times pertinent, the above-described buffet dining area was in the care, custody, and control of the Silver Slipper Casino, owned and operated by the defendants.

6.

The stew of beverages and food was on the floor for an unreasonable amount of time before the Plaintiff's fall. No action had been taken by Silver Slipper Casino employees to remedy the unreasonably dangerous condition.

7.

This accident was caused by the gross and simple negligence of the defendants in the following non-exclusive particulars or as may be seen at trial in this matter:

    a. Failing to follow safe practices and procedures;
    b. Failing to properly monitor potential hazards;

c. Careless attention to potential dangers;

d. Creating the subject risk of harm;

e. Failing to recognize that the combination of a ceramic tile floor plus the foreseeable likelihood of spilled liquids and foods upon the surface would create a particularly slick and slippery surface.

f. Failing to use the necessary precautions for the conditions then and there prevailing;

g. Failure to warn customers of the hazard or redirect customers away from the hazard;

h. Allowing liquid and food to remain on the floor so that they would cause the accident and injury sustained by the plaintiff;

i. Failing to maintain a safe environment, free from hazards;

j. Failing to correct a defect that presented a foreseeable risk of harm;

k. Failing to avoid a foreseeable accident;

l. Failure to protect others from the dangerous condition;

m. Failing to properly train their employees to act and/or respond to avoid danger to others;

n. Failing to maintain strict requirements for employee qualifications and performance regarding operation and maintenance of the dining area;

o. Failing to provide adequate safety training;

p. Poor cleaning practice; and

q. Any other act of negligence shown at the trial of this matter.

8.

Under the doctrine of *respondeat superior* the defendants are responsible for the gross and simple negligence of its employees, and as such, is liable for the acts and/or omissions of the employee(s) that failed to monitor for unreasonable hazards and promptly rid the floor of

foreseeable dangers.

9.

As a result of the accident, the plaintiff has sustained severe and disabling injuries to her mind and body, including but not limited to injuries to her knee, spine and right ankle. Plaintiff has incurred medical expenses as a result of this accident and will continue to incur medical expenses in the future.

10.

The plaintiff suffered losses and special damages; all as will be shown at a trial of this cause. Plaintiff itemizes her damages as follows:

1. Past, present and future pain and suffering;
2. Past, present and future mental anguish;
3. Past, present and future medical expenses;
4. Past, present and future disabilities;
5. Loss of enjoyment of life;
6. Past, present and future lost wages;
7. Loss of earning capacity;
8. Past, present and future household services;
9. And all other items of general or special damages which may be established at the trial of this matter; and
10. To the extent applicable, penalties, interest, costs and attorney's fees.

11.

Plaintiff seeks all further damages and relief that are equitable under the circumstances.

12.

The plaintiff shows that she is entitled to a trial by jury upon all counts and issues herein and hereby requests a TRIAL BY JURY.

**WHEREFORE**, Plaintiff, Charlene Goodman, prays that the Defendants be lawfully served with a copy of this Complaint and requests judgment against the Defendants, Silver Slipper Casino Venture, LLC and Full House Resorts, Inc., together with pre and post legal interest, punitive damages if the Defendants are found to have committed gross negligence, attorney's fees, costs of these proceedings, including expert witness fees to be assessed as costs of court, and for all legal and equitable relief that this Honorable Court shall find appropriate.

PLAINTIFF REQUESTS A TRIAL BY JURY.

Respectfully submitted this 24th day of May 2022.

Respectfully submitted:
**BRICE JONES & ASSOCIATES, LLC**

_____
JEFFREY L. OAKES (BAR NO. 106236)
61025 HIGHWAY 1091 (ROBERT RD)
SLIDELL, LOUISIANA 70458
(985)643-2413 (Phone)
(985)649-5830 (Fax)
E-Mail: jeffrey@bricejoneslaw.net

*Attorney for Charlene Goodman*

**PLEASE SERVE:**
**SILVER SLIPPER CASINO VENTURE, LLC**
Through its registered agent for service of process:
**BUSINESS FILINGS INCORPORATED**
**645 LAKELAND EAST DRIVE**
**FLOWOOD, MISSISSIPPI 39232**

[SERVICE INSTRUCTIONS CONTINUED ON FOLLOWING PAGE]

FULL HOUSE RESORTS, INC.
Through its registered agent for service of process:
BUSINESS FILINGS INCORPORATED
645 LAKELAND EAST DRIVE
FLOWOOD, MISSISSIPPI 39232

G. Brice Jones
Paul D. Hesse
Jeffrey L. Oakes*

# BRICE JONES & ASSOCIATES
## ATTORNEYS AT LAW

61025 Highway 1091
(Robert Rd)
Slidell, Louisiana 70458

brice@bricejoneslaw.net
paul@bricejoneslaw.net
jeffrey@bricejoneslaw.net

PERSONAL INJURY
& TRIAL ATTORNEYS

Telephone: (985) 643-2413
Facsimile: (985) 649-5830

*Licensed to Practice: LA, MS, NC, & TX

www.bricejoneslaw.net

<u>Send Via U.S. Mail</u>
May 26, 2022

Kendra Necaise
Hancock County Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, MS 39520

RE:   Client: Charlene Goodman

Dear Clerk:

Enclosed please find one original and three copies of our Complaint and Summons. Also enclosed please find check no. 10220 in the amount of $161.00 representing filing costs for same.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Emily G. Fabacher

PDH/egf

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

CHARLENE GOODMAN VS SILVER SLIPPER CASINO & FULL HOUSE RESOR

Case # 22-0090          Acct #          Paid By CHECK 10220          Rct# 35182
---

| | |
|---|---:|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |

```
                                  ============
                        Total  $     161.00
```
---

Payment received from BRICE JONES & ASSOCIATES


Transaction  52459 Received  5/31/2022 at 13:26 Drawer  1 I.D. GPOYADOU

Current Balance Due          $0.00                Receipt Amount $      161.00


By _____HP_____ D.C.  KENDRA NECAISE, Circuit Clerk



Case # 22-0090          Acct #          Paid By CHECK 10220          Rct# 35182

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

CHARLENE GOODMAN                                                PLAINTIFF

V.                              CIVIL CAUSE NO. 22-0090

SILVER SLIPPER CASINO VENTURE,                                  DEFENDANT
LLC
AND
FULL HOUSE RESORTS, INC.

## SUMMONS

STATE OF MISSISSIPPI
COUNTY OF HANCOCK

TO:   **FULL HOUSE RESORTS, INC.**
      BUSINESS FILINGS INCORPORATED
      645 LAKELAND EAST DRIVE
      FLOWOOD, MISSISSIPPI 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to Jeffrey L. Oakes, Brice Jones & Associates, LLC., the attorney for the Plaintiff, whose post office address is 61025 Highway 1091 (Robert Rd), Slidell, Louisiana 70458. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of the Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 31 day of May, 2022.

(Seal)

CIRCUIT CLERK
HANCOCK COUNTY, MISSISSIPPI

BY: _____ D.C.

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

CHARLENE GOODMAN                                              PLAINTIFF

V.            CIVIL CAUSE NO.        22-0090

SILVER SLIPPER CASINO VENTURE,                                DEFENDANT
LLC
AND
FULL HOUSE RESORTS, INC.

## SUMMONS

STATE OF MISSISSIPPI
COUNTY OF HANCOCK

TO: **SILVER SLIPPER CASINO VENTURE, LLC**
BUSINESS FILINGS INCORPORATED
645 LAKELAND EAST DRIVE
FLOWOOD, MISSISSIPPI 39232

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to Jeffrey L. Oakes, Brice Jones & Associates, LLC., the attorney for the Plaintiff, whose post office address is 61025 Highway 1091 (Robert Rd), Slidell, Louisiana 70458. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of the Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 31 day of May, 2022.

(Seal)

CIRCUIT CLERK
HANCOCK COUNTY, MISSISSIPPI

BY: _____ D.C.